CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2021-8158



DIVISION " "

RHONDA WOODSON

VERSUS

WAFFLE HOUSE, INC.

 SECTION 5

FILED: _____    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Rhonda Woodson, person of the full age of majority and a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That Waffle House, Inc., made a party defendant herein, is a foreign corporation authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

Venue is appropriate in the Parish of Orleans pursuant to Louisiana Code of Civil Procedure Article 76, as the accident and loss in the present action occurred in Orleans Parish.

III.

At all relevant times herein, Defendant, Waffle House, Inc., owned, leased, and/or exercised custody and control over immovable property located at 2500 Canal Street, New



CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Orleans Parish
Receipt Number    873239
Cashier
Register          CDC Cash Register 1
Case Number       2021-08158
Grand Total       $531.50
Amount Received   $531.50
Change            $0.00
Over Payment      $0.00
Payment/Transaction List
Check # 0326 $531.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Fax Fees | $15.00 | $15.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $26.50 | $26.50 | $0.00 |
| Supreme Court- Processing Fee | $10.00 | $10.00 | $0.00 |


VERIFIED
10-18-21

Orleans, Louisiana 70119, in the Parish of Orleans (hereinafter referred to as the "Premises"), where they operate open to the general public.

IV.

That on or about October 10, 2020, Petitioner, Rhonda Woodson, was a patron at Waffle House eating breakfast.

V.

Unbeknownst to Ms. Woodson, however, as she was giving instructions to prepare her food at the counter and when she turned to walk back to her seat she slipped on a slippery substance on the floor, falling on her face and body, sustaining knee abrasions.

VI.

That the aforesaid accident occurred through no fault of Petitioner, Rhonda Woodson, but rather solely through the fault of the Defendants in breaching their duty to keep the premises of their establishment clean, safe and free from defects and hazards, and failing to use due care under the circumstances. Further, Defendants are strictly liable to Petitioner pursuant to LSA-CC 2317 and/or LSA-CC 660.

VII.

That as a result of the aforesaid injuries, Rhonda Woodson has sustained injuries to her neck, head, low back, knees, body and mind, together with past mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Plaintiff, Rhonda Woodson, to recover from Defendants the damages as are reasonable in the premises.

WHEREFORE, Petitioner, Rhonda Woodson, prays that Defendant Waffle House, Inc., be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Rhonda Woodson, and against Defendant, Waffle House, Inc., jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

FULLER KEELEN LAW FIRM
ATTORNEY FOR PLAINTIFF
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA 70170
TELEPHONE: (504) 754-6854
FACSIMILE: (888)796-9613
E-MAIL: raynique@fullerkeelenlawfirm.com

BY: _____
RAYNIQUE KEELEN, NO. LA 31216

**PLEASE SERVE:**

**WAFFLE HOUSE, INC.**
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802